# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERON COOK, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ENHANCED RECOVERY COMPANY, <br><br> Defendant. | CASE NO. 2:16-cv-00248-TLN-KJN <br><br> **ORDER RE: STIPULATION AND JOINT REQUEST TO CONTINUE DISCOVERY CUTOFF AND OTHER DATES** |

Having considered the parties' stipulation and joint request to continue the discovery cutoff and other dates, the Court orders as follows:

The joint request is granted. The November 14, 2016 Phase I discovery cutoff is hereby continued to February 14, 2017; the December 12, 2016 initial deadline to designate experts for class certification is hereby continued to March 10, 2017; the December 30, 2016 deadline to serve supplemental expert designations for class certification is hereby continued to March 30, 2017; and the February 9, 2017 filing deadline for Plaintiff's class certification motion is hereby continued to May 18, 2017.

IT IS SO ORDERED.

Dated: October 20, 2016

_____
Troy L. Nunley
United States District Judge

ORDER
CASE NO. 2:16-cv-00248-TLN-KJN