UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERON COOK, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>ENHANCED RECOVERY COMPANY,<br><br>        Defendant. | CASE NO. 2:16-cv-00248-TLN-KJN<br><br>**ORDER RE: SECOND STIPULATION AND JOINT REQUEST TO CONTINUE DISCOVERY CUTOFF AND OTHER DATES** |

Having considered the parties' stipulation and joint request to continue the discovery cutoff and other dates, the Court orders as follows:

The joint request is granted. The February 14, 2017 Phase I discovery cutoff is hereby continued to May 12, 2017; the March 10, 2017 initial deadline to designate experts for class certification is hereby continued to June 9, 2017; the March 30, 2017 deadline to serve supplemental expert designations for class certification is hereby continued to June 30, 2017; and the May 18, 2017 filing deadline for Plaintiff's class certification motion is hereby continued to August 18, 2017.

IT IS SO ORDERED.

Dated: February 2, 2017

_____
Troy L. Nunley
United States District Judge